■ EASTERN ARTISTS, INC., Respondent, v DAME MEDIA, Doing Business as WOUR, Appellant. (Appeal No. 1.) [751 NYS2d 906] —Appeal from an order of Supreme Court, Oneida County (Grow, J.), entered April 11, 2002, which after a nonjury trial provided that plaintiff is entitled to recover the sum of $11,556.60 from defendant.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.,* 147 AD2d 977; *see also* CPLR 5501 [a] [1]). Present— Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.